UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-27 |
| Plaintiff, | JUDGE Sargus |
| v. | INFORMATION |
| CHRISTOPHER W. MCINTURF, | 18 U.S.C. §§ 2252(a)(2) & (b)(1) |
| Defendant. | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| | FORFEITURE ALLEGATION |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Receipt of Child Pornography)

1. Between on or about December 15, 2024, and January 6, 2025, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. MCINTURF**, having been previously convicted of an offense under the laws of any State relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Court of Common Pleas of Licking County, Ohio, case number 10 CR 349, by Judgment Entry dated January 7, 2011, for Rape, in violation of Ohio Revised Code Section 2907.02(A)(1)(b) – knowingly received one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting minors, including prepubescent and toddler-aged or infant children, engaged in sex acts with adults and subjected to sadistic and masochistic abuse, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Possession of Child Pornography)

2. On or about February 21, 2025, in the Southern District of Ohio, the defendant, **CHRISTOPHER W. MCINTURF**, having been previously convicted of an offense under the laws of the any State relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Court of Common Pleas of Licking County, Ohio, case number 10 CR 349, by Judgment Entry dated January 7, 2011, for Rape, in violation of Ohio Revised Code Section 2907.02(A)(1)(b) – knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

3. Upon conviction of the offenses set forth in Counts One or Two of this Information, the defendant, **CHRISTOPHER W. MCINTURF**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used

to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to:

- One Apple iPad (SN:GG8ZMS4RMF3M), including its contents;
- One Thumb Drive (Attache 128MB), including its contents; and
- One a Black Samsung cellphone (IMEI# 355415232197757), including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                            **DOMINICK S. GERACE II**
                                            United States Attorney

                                            **TYLER AAGARD (NC 54735)**
                                            Assistant United States Attorney